UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 15-43222 |
|---|---|
| DEBRA L BALMER | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/23/2015.

2) The plan was confirmed on 03/30/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 09/27/2017.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,437.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,437.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,582.09 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $284.76 |
| Other | $155.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,021.85** |

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Acceptance Now | Unsecured | 2,107.00 | NA | NA | 0.00 | 0.00 |
| AIRKO HTG & CLG CO | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | NA | 1,467.05 | 1,467.05 | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| BROOKFIELD POLICE DEPT | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 0.00 | 894.12 | 894.12 | 0.00 | 0.00 |
| CASHCALL RECEIVABLES | Unsecured | 5,075.00 | 397.16 | 397.16 | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Secured | NA | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL MORTGAGE CO | Secured | 103,000.00 | 301,208.43 | 301,208.43 | 0.00 | 0.00 |
| CITIFINANCIAL MORTGAGE CO | Secured | NA | 58,626.63 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL MORTGAGE CO | Unsecured | 127,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BERWYN | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,500.00 | 1,315.43 | 1,315.43 | 0.00 | 0.00 |
| CMRE FINANCE | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY STATES ATTORNEY | Unsecured | 1,213.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | NA | 815.26 | 815.26 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 745.08 | 745.08 | 0.00 | 0.00 |
| EVEREST CASH ADVANCE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY HOLDINGS GROUP | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Gecrb/Hh Gregg | Unsecured | 578.00 | NA | NA | 0.00 | 0.00 |
| GREAT PLAINS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| HARRIS BANK | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| HOLLYWOOD CASINO | Unsecured | 1,030.00 | NA | NA | 0.00 | 0.00 |
| HYDRA FUND | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 11,000.00 | 7,326.84 | 7,326.84 | 0.00 | 0.00 |
| JACK MEAGHER | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 694.00 | 677.64 | 677.64 | 0.00 | 0.00 |
| JEWEL OSCO/US BANK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH & IRENE FERRIER | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| KANE COUNTY STATE ATTORNEY | Unsecured | 1,025.00 | NA | NA | 0.00 | 0.00 |
| Kohls/Capital One | Unsecured | 894.00 | NA | NA | 0.00 | 0.00 |
| LANE BRYANT RETAIL SOA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 475.00 | 459.76 | 459.76 | 0.00 | 0.00 |
| Mabt/Contfin | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| ONE CLICK CASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| PLAIN GREEN LOANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,906.00 | 914.14 | 914.14 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 154.00 | 230.37 | 230.37 | 0.00 | 0.00 |
| SECRETARY OF STATE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 192.00 | 192.00 | 192.00 | 0.00 | 0.00 |
| ST ARMANDS GROUP | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 2,500.00 | 2,107.50 | 2,107.50 | 0.00 | 0.00 |
| Uncle Warbucks | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | NA | 3,748.88 | 3,748.88 | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,730.00 | 1,697.46 | 1,697.46 | 0.00 | 0.00 |
| VILLAGE OF HARWOOD HEIGHTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HILLSIDE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVER FOREST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ROSEMONT | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WESTCHESTER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES | Unsecured | NA | 0.00 | 247.46 | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES | Secured | 3,905.00 | 4,152.46 | 3,905.00 | 2,217.42 | 197.73 |
| WFDS/WACHOVIA DEALER SVC | Unsecured | 3,905.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/VALUCITYROOMSTOD | Unsecured | 1,065.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $301,208.43 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,905.00 | $2,217.42 | $197.73 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$305,113.43** | **$2,217.42** | **$197.73** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$23,236.15** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,021.85 |
| Disbursements to Creditors | $2,415.15 |
| **TOTAL DISBURSEMENTS** : | **$6,437.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/26/2017                   By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**